

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Bethany Allisson Meade, | § | No. 08-19-00019-CR |
| Appellant, | § | Appeal from the |
| v. | § | 235th District Court |
| The State of Texas, | § | of Cooke County, Texas |
| State. | § | (TC# CR 18-00045) |
| | § | |

**O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **June 4, 2019.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WIL BECONSIDERED BY THIS COURT.

It is further ORDERED that Teresa Ward, Official Court Reporter for the 235th District Court, for Cooke County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before June 4, 2019.

IT IS SO ORDERED this 9h day of May, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.